IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| EUNICE BROWN, | ) **JUDGMENT IN A CIVIL CASE** |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 04-0495-CV-W-REL-SSA |
| | ) |
| JO ANNE BARNHART, | ) |
| | ) |
| Defendant. | ) |

\_\_  **Jury Verdict(s).**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

 X   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's motion for summary judgment is denied.

That the decision of the Commissioner is affirmed.


P. L. Brune, Clerk

/s/ Sue Anderson-Porter

Date: May 4, 2005          By :  Sue Anderson-Porter
                                  Deputy Clerk